Dominique GUINN *v.* GARLAND COUNTY CIRCUIT COURT, Juvenile Division

RC 88-69                                          761 S.W.2d 944

Supreme Court of Arkansas
Opinion delivered January 17, 1989

*Vicki S. Cook*, for appellant.

No response.

PER CURIAM. Appellant, Dominique Guinn, by her attorney, has filed for a rule on the clerk. Her attorney, Vicki S. Cook, admits that the record was tendered late due to a mistake on her part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, In Re: Belated Appeals in Criminal Cases.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.